# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE SHAUN HUBBARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L. LOMONACO, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:11-cv-02095-SKO PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE ANY CLAIMS UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983<br><br>(Docs. 1, 9, and 11)<br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G) |

Plaintiff Eddie Shaun Hubbard, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 20, 2011. On October 3, 2012, the Court dismissed Plaintiff's complaint for failure to state any claims under section 1983 and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). On November 13, 2012, the Court granted Plaintiff's motion for a sixty-day extension of time. More than sixty days have since passed, and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which

///
///
///

relief may be granted under section 1983.  This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g).  <u>Silva v. Di Vittorio</u>, 658 F.3d 1090, 1098-99 (9th Cir. 2011).

**IT IS SO ORDERED.**

**Dated:    February 13, 2013**                            /s/ Sheila K. Oberto
                                                              UNITED STATES MAGISTRATE JUDGE